AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Adonis Nils<br>*Plaintiff*<br>v.<br>City of New York et al.<br>*Defendants* | ) ) ) ) ) | Case No. 1:26-cv-10036 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adonis Nils .

Date: 11/17/2026

/s/ Remy Green
*Attorney's signature*

Remy Green, 5505300
*Printed name and bar number*

Cohen Green PLLC
16-39 Centre Street, Suite 216
Ridgewood, NY 11385
*Address*

remy@femmelaw.com
*E-mail address*

(929)888-9480
*Telephone number*

(929) 888-9457
*FAX number*

Print Save As... Reset